| | |
|---|---|
| NATALIE LYONS (SBN 293026)<br>VESS A. MILLER (SBN 278020)<br>LYNN A. TOOPS (*pro hac vice* application forthcoming)<br>LISA M. LA FORNARA (*pro hac vice* application forthcoming)<br>**COHENMALAD, LLP**<br>nlyons@cohenmalad.com<br>vmiller@cohenmalad.com<br>ltoops@cohenmalad.com<br>llafornara@cohenmalad.com<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>Tel.: +1 317 636 6481<br><br>[*additional counsel listed on signature page*]<br><br>Attorneys for Plaintiff | ALLISON J. SCHOENTHAL (admitted *pro hac vice*)<br>ASchoenthal@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York, 10018<br>Tel.: +1 212 459 7183<br>Fax: +1 212 937 3850<br><br>W. KYLE TAYMAN (admitted *pro hac vice*)<br>KTayman@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>1900 N Street, N.W.<br>Washington, DC 20036-1612<br>Tel.: +1 202 346 4000<br>Fax: +1 202 346 4444<br><br>REBECCA L. TARNEJA (SBN 293461)<br>RTarneja@goodwinlaw.com<br>**GOODWIN PROCTER LLP**<br>601 South Figueroa Street, Suite 4100<br>Los Angeles, California 90017<br>Tel.: +1 213 426 2500<br>Fax: +1 213 623 1673<br><br>Attorneys for Defendant |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MARTIN BELTRAN, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>   Defendant. | Case No. 3:25-cv-04412-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge: Honorable Jacqueline Scott Corley<br>Location: 8, 19th Floor |

**STIPULATION**

Pursuant to Civil L.R. 6-1 and 7-12, Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mr. Cooper") and Plaintiff Beltran ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 23, 2025, Plaintiff filed the initial Complaint (ECF 1);

WHEREAS, on June 17, 2025, Plaintiff filed a Waiver of Service of Summons, dated as sent on June 17, 2025 (ECF 12);

WHEREAS, on August 18, 2025, Mr. Cooper filed a (1) motion to transfer venue, pursuant to 28 U.S.C. § 1404(a) (the "Motion to Transfer") (ECF 24), and (2) motion to dismiss the Complaint (ECF 25);

WHEREAS, on August 18, 2025, the Court granted the Parties' stipulation and ordered a briefing schedule for the Motion to Transfer (ECF 24) and motion to dismiss the Complaint (ECF 25), with opposition briefs due on September 26, 2025, reply briefs due on October 24, 2025, and a hearing set for November 20, 2025;

WHEREAS, on September 8, 2025, Plaintiff filed the Amended Complaint (ECF 26);

WHEREAS, Mr. Cooper's current deadline to respond to the Amended Complaint is September 22, 2025;

WHEREAS, Mr. Cooper intends to file a motion to dismiss the Amended Complaint (the "Motion to Dismiss");

WHEREAS, pursuant to Civil L.R. 6-1, the Parties have agreed to a briefing schedule for the Motion to Dismiss that moderately extends the deadlines set forth in Civil L.R. 7-3;

WHEREAS, such extension is warranted because (1) the Parties have numerous conflicting deadlines absent an extension, and an extension is necessary to ensure the Parties can adequately prepare and file their memoranda; (2) the number of issues raised by the Motion to Dismiss necessitates extra briefing time (e.g., to address all twelve claims, including several new claims, in the Amended Complaint); and (3) the Parties mutually agree to the stipulated schedule;

NOW, THEREFORE, the Parties hereby agree and stipulate to the following schedule on the Motion to Dismiss:

- **Opening Brief:** October 8, 2025
- **Opposition Brief:** November 7, 2025
- **Reply Brief:** December 10, 2025
- **Hearing:** January 29, 2026, or as soon thereafter as the Court's calendar allows.

The Parties further agree and stipulate that the deadlines for the Motion to Transfer (including the November 20, 2025 hearing), which is unaffected by the filing of the Amended Complaint, remain as previously stipulated to and ordered by this Court.

IT IS SO STIPULATED.

Dated: September 12, 2025

By: */s/ Rebecca L. Tarneja*

REBECCA L. TARNEJA (SBN 293461)
W. KYLE TAYMAN (admitted *pro hac vice*)
ALLISON J. SCHOENTHAL (admitted *pro hac vice*)
RTarneja@goodwinlaw.com
KTayman@goodwinlaw.com
ASchoenthal@goodwinlaw.com

**GOODWIN PROCTER LLP**

Attorneys for Defendant

Dated: September 12, 2025

*/s/ Natalie Lyons*

NATALIE LYONS (SBN 293026)
VESS A. MILLER (SBN 278020)
LYNN A. TOOPS (*pro hac vice* application forthcoming)
LISA M. LA FORNARA (*pro hac vice* application forthcoming)
nlyons@cohenmalad.com
vmiller@cohenmalad.com
ltoops@cohenmalad.com
llafornara@cohenmalad.com

**COHENMALAD, LLP**

J. GERARD STRANCH (*pro hac vice* application forthcoming)
EMILY E. SCHILLER (*pro hac vice* application forthcoming)
gstranch@stranchlaw.com
eschiller@stranchlaw.com

**STRANCH, JENNINGS & GARVEY, PLLC**

SAMUEL J. STRAUSS (*pro hac vice* application forthcoming)
RAINA C. BORRELLI (*pro hac vice* application forthcoming)
sam@straussborrelli.com
raina@straussborrelli.com

**STRAUSS BORRELLI, PLLC**

Attorneys for Plaintiff

**STIPULATION ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: September 15, 2025

_____
JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE