# EXHIBIT 1

NOTICE: PLEASE READ THESE TERMS AND CONDITIONS CAREFULLY. BY ACCESSING THIS SITE AND ANY PAGES THEREOF, YOU AGREE TO BE BOUND BY THE TERMS AND CONDITIONS BELOW. IF YOU DO NOT AGREE TO THE TERMS AND CONDITIONS BELOW, DO NOT ACCESS THIS SITE, OR ANY PAGES THEREOF.

---

The Mr. Cooper website includes various Web pages operated or maintained by Mr. Cooper and its subsidiaries (collectively, the "Mr. Cooper Websites").

## Copyrights And Trademarks

All of the pages and screens on the Mr. Cooper websites and mobile apps are owned and controlled by Mr. Cooper, except as otherwise expressly stated, and are protected by U.S. copyright laws. The Mr. Cooper logo is a service mark of Mr. Cooper. Helping You Achieve More is a registered service mark of Mr. Cooper. Other featured words used on the Mr. Cooper websites and mobile apps to identify the source of goods and services are trademarks and service marks owned by Mr. Cooper or owned by third parties. You may not use, copy, display, distribute, modify, or reproduce any of the trademarks or service marks found on the Mr. Cooper websites and mobile apps, except as authorized in this paragraph or pursuant to a written license agreement.

## Web Content And Materials

The information maintained on the Mr. Cooper websites and mobile apps is to provide users with information about Mr. Cooper's products and services and is directed at, and made available to, persons in the United States only. Creation of an online account does not create a new contractual relationship with the user or provide the user with any rights to maintain online account access. The ability to create an online account is provided as a courtesy and Mr. Cooper reserves the right to revoke or suspend the online account at any time. Through your use of the Mr. Cooper websites and mobile apps, you represent and warrant that you are not located in any European Union jurisdiction and agree that we may take active steps to prohibit the access to Mr. Cooper websites and mobile apps by users located in the European Union. You also agree that access to the Mr. Cooper websites and mobile apps will be partially or completely restricted when certain events occur and we place the account in a certain status including, but not limited to, suspicious activity, bankruptcy, foreclosure, litigation and/or charge off. The information and material maintained on the Mr. Cooper websites and mobile apps is subject to change without notice. Not all of the products or services described on the Mr. Cooper websites and mobile apps are available in all geographic areas. Your eligibility for particular

products or services is subject to final determination by and the approval of Mr. Cooper. No solicitation is made by Mr. Cooper to any person to use any information, materials, products or services in any jurisdiction where the provision of such information, materials, products and services is prohibited by law. These terms and conditions are intended to supplement the information contained in "Important Legal Notices"; however, in the event of contradiction or inconsistency, the provisions and/or terms hereof shall supersede and govern.

## Electronic Documents (Paperless)

Paperless is the convenient way to receive all your account related documents and messages. By registering for Paperless, you agree to receive account communications electronically by email. This includes, but is not limited to:

• Notifications that statements are ready to be viewed or downloaded by signing in to your Mr. Cooper online account
• Statement notifications include billing, escrow, year-end tax statements, etc.
• Modification-related documents
• Notices and letters regarding your account

There is no fee to enroll in Paperless. You may cancel at any time and go back to receiving communications via the U.S. Postal Service. To cancel, sign in to your online account. Go to your "Settings (/servicing/settings)" page and change your preference in the "Paperless" section. Or you may call us at 833-685-2565. It may take up to one billing cycle for changes to your Paperless preference to become effective.

In order to receive Paperless and access your documents electronically, you must have:

• A valid email address
• Adobe Acrobat Reader software 6.0 or higher
• One of the compatible operating systems below:

If accessing documents from a desktop computer:

• Microsoft Windows XP
• Microsoft Windows Vista
• Mac OS X

If accessing documents from a mobile device:

- iOS 6 or newer
- Android 2.0 or newer
- Blackberry OS 5.0 or newer

## Telephone Contact Policy

By providing us with a telephone number for a mobile device or a traditional landline, including a number that you later convert to a mobile device number, you are expressly consenting to receiving communications including, but not limited to, communications created/conducted by artificial intelligence, prerecorded or artificial voice message calls, text messages, and calls made by an automatic telephone dialing system from us and our affiliates, agents, or vendors at that number, about any product or services offered by Mr. Cooper or its affiliates. This express consent applies to each such telephone number that you provide to us now or in the future. Calls and messages may incur access fees from your mobile services provider. You understand that you need not provide this consent as a condition of obtaining goods or services from Mr. Cooper, and that you may decline to provide or revoke your consent at any time.

## Mobile Terms And Conditions

Mr Cooper Alerts

Receive special text offers and deals from Mr. Cooper Alerts through your mobile device. Text JOIN to 266737 to receive 4 text messages per month. Message and data rates may apply.

By opting in to this service, you consent to receive mobile text alerts using an automatic telephone dialing system. Consent to receive marketing text messages is not required as a condition of purchasing any goods or services. Alerts are sent when processed and you may receive them at unusual times. By consenting to Electronic Documents (Paperless), SMS/Text Messages, you also consent to receiving alerts outside the time frame of 8:00 a.m. to 9:00 p.m. at your location.

By signing up, you are confirming you are over the age of 13.

## STOP Information

Text STOP to 266737 to stop receiving Mr. Cooper Alerts messages from Mr. Cooper (you will receive a confirmation text).

## HELP Information

For additional information, text HELP to 266737 or contact support@mrcoooper.com (mailto:support@mrcoooper.com) or 866-665-2783.

Supported carriers are:

AT&T, Sprint, T-Mobile®, Verizon Wireless, Boost, Cricket, MetroPCS, U.S. Cellular, Virgin Mobile, ACS Wireless, Appalachian Wireless, Bluegrass Cellular, Carolina West Wireless, Cellcom, C-Spire Wireless (formerly Cellsouth), Cellular One of East Central Illinois, Cincinnati Bell Wireless, Cross (dba Sprocket), Duet IP, Element Mobile, EpicTouch, GCI Communications, Golden State, Hawkeye (Chat Mobility), Hawkeye (NW Missouri Cellular), Illinois Valley Cellular, Immix (Keystone Wireless / PC Management), Inland Cellular, iWireless, Mobi PCS (Coral Wireless LLC), Mosaic, MTPCS / Cellular One (Cellone Nation), Nex-Tech Wireless, nTelos, Panhandle Telecommunications, Peoples Wireless, Pioneer, Plateau, Revol Wireless, Rina - Custer, Rina - All West, Rina - Cambridge Telecom Coop, Rina - Eagle Valley Comm, Rina - Farmers Mutual Telephone Co, Rina - Nucla Nutria Telephone Co, Rina - Silver Star, Rina - South Central Comm, Rina - Syringa, Rina - UBET, Rina - Manti, South Canaan / CellularOne of NEPA, Thumb Cellular, Union Wireless, United, Viaero Wireless, West Central Wireless, Leaco, Nemont/Sagebrush.

T-Mobile is not liable for delayed or undelivered messages.

We take your privacy seriously. If you have any questions regarding privacy, please read our privacy policy. (/privacy)

## No Unlawful Or Prohibited Use

As a condition of your use of the Mr. Cooper websites and mobile apps, you warrant to Mr. Cooper that you will not use the Mr. Cooper websites and mobile apps for any purpose that is unlawful or prohibited by the applicable terms, conditions, and notices. You may not use the Mr. Cooper websites and mobile apps in any manner that could damage, disable, overburden, or impair the Mr. Cooper websites and mobile apps or interfere with any other party's use and enjoyment of the Mr. Cooper websites and mobile apps. You may not obtain or attempt to obtain any materials or information through any means not intentionally made available or provided for through the Mr. Cooper websites and mobile apps.

## Submissions

Mr. Cooper does not claim ownership of the materials you provide to Mr. Cooper (including feedback and suggestions) or post, upload, input, or submit to any Mr. Cooper websites and mobile apps or its associated services (collectively "Submissions"). However, by posting, uploading, inputting, providing, or submitting your Submissions, you are granting Mr. Cooper, its affiliated companies, and necessary

sublicensees permission to use your Submissions in connection with the operation of their Internet businesses, including, without limitation, the rights to copy, distribute, transmit, publicly display, publicly perform, reproduce, edit, translate, and reformat your Submissions. Please note that specific terms and conditions provided on the web page describing a particular feature or offer, may supersede this provision. Any information and documents you submit in support of a Mr. Cooper loan application will be available to view and potentially download or print by any co-borrowers listed on the application.

## Linked Site Statement

Links to websites other than Mr. Cooper Websites are provided solely as pointers to information on topics that may be useful to users of the Mr. Cooper Websites, and Mr. Cooper has no control over the content on such websites. If you choose to link to a website not controlled by Mr. Cooper, Mr. Cooper makes no warranties, either express or implied, concerning the content of such site, including the accuracy, completeness, reliability or suitability thereof for any particular purpose, nor does Mr. Cooper warrant that such site or content is free from any claims of copyright, trademark or other infringement of the rights of third parties or that such site or content is devoid of viruses or other contamination. Mr. Cooper does not guarantee the authenticity of documents on the Internet. Links to non-Mr. Cooper websites do not imply any endorsement of or responsibility for the opinions, ideas, products, information or services offered at such sites, or any representation regarding the content at such sites.

## No Warranty

THE INFORMATION AND MATERIALS CONTAINED IN MR. COOPER WEBSITES, INCLUDING TEXT, GRAPHICS, LINKS OR OTHER ITEMS ARE PROVIDED "AS IS." MR. COOPER DOES NOT WARRANT THE ACCURACY, ADEQUACY OR COMPLETENESS OF THIS INFORMATION AND MATERIALS AND EXPRESSLY DISCLAIMS LIABILITY FOR ERRORS OR OMISSIONS IN THIS INFORMATION AND MATERIALS. NO WARRANTY OF ANY KIND, IMPLIED, EXPRESS OR STATUTORY, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY, FITNESS FOR ANY PARTICULAR PURPOSE AND FREEDOM FROM COMPUTER VIRUS, IS GIVEN IN CONJUNCTION WITH THE INFORMATION AND MATERIALS.

## Limitation Of Liability

IN NO EVENT WILL MR. COOPER BE LIABLE FOR ANY DIRECT, INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES, LOSSES OR EXPENSES (WHETHER BASED IN CONTRACT, TORT, STRICT LIABILITY OR OTHERWISE) TO THE USER AND/OR ANY THIRD PARTY, ARISING IN CONNECTION WITH THIS SITE OR USE THEREOF OR INABILITY TO USE BY ANY PARTY, OR IN CONNECTION WITH ANY FAILURE OF PERFORMANCE, ERROR, OMISSION,

INTERRUPTION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER VIRUS OR LINE OR SYSTEM FAILURE, EVEN IF MR. COOPER, OR REPRESENTATIVES THEREOF, ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, LOSSES OR EXPENSES. The user's access to and use of the Mr. Cooper websites and mobile apps, and the terms of this disclaimer are governed by all applicable Federal laws and the laws of the state of Texas; and the user agrees that venue shall be located in Dallas County, Texas.