# EXHIBIT 2



## Let's Create Your Account.

Setting up an online account with Mr. Cooper is quick and easy.
Just enter a few details below to get started.

Last Name

SSN / ITIN / EIN

**Find My Loan**

If you need help, call us at **833-685-2566**.



© 2025 Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC.
NMLS: #2119 NMLS Consumer Access(www.nmlsconsumeraccess.org).

## Create your Mr. Cooper account.

Please choose your sign-in info and create a secure password.

Email address
KMIKE3237@YourIsp.com

Username
KMIKE3237@YourIsp.com

**Password Requirements**
At least 8 characters
At least 1 uppercase and 1 lowercase letter
At least 1 number

Password

Confirm Password

By clicking "Save and Continue," you agree to the
**Terms of Use** for Mr. Cooper's website.

**Save & Continue**



© 2025 Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC.
NMLS: #2119 NMLS Consumer Access(www.nmlsconsumeraccess.org).